ORDERED.

**Dated:  September 29, 2015**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                  Case No.  9:15-bk-02371-FMD
                                                        Chapter 13

Ernesto Sanchez and Alicia Sanchez

                    Debtors.
_____/

**ORDER GRANTING DEBTORS' AMENDED MOTION TO
REINSTATE DISMISSED CHAPTER 13 CASE AND FOR ATTORNEY'S FEES**

THIS CASE came on for a hearing on September 10, 2015 upon the Debtors'

Amended Motion to Reinstate Dismissed Chapter 13 Case and for Attorney's Fees (Doc.

No. 20).  The Court having been otherwise duly advised in the circumstances and having

reviewed the record is satisfied that it is appropriate to reinstate this Chapter 13 Case.

Accordingly, it is

**ORDERED**:

1.      The Debtors' Amended Motion to Reinstate Dismissed Chapter 13 Case

and for Attorney's Fees (Doc. No. 20) is hereby **GRANTED**.

2.      The Order Dismissing Chapter 13 Case (Doc. No. 17) entered on July 22,

2015 is hereby VACATED and the case is reinstated as an active Chapter 13 case.

3.      In addition to any attorney fees already awarded, the fees for the Debtors' attorney are hereby approved in the additional amount of $350.00, with said amount to be paid through the plan.

**4.      The Debtors' §341 Meeting of Creditors shall be rescheduled to October 15, 2015 at 3:00 p.m., at Fort Myers Federal Building and Federal Courthouse, 2110 1st Street, Room 2-101, Fort Myers, Florida.**

5.      The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to December 3, 2015 at 2:15 p.m., before the Honorable Caryl E. Delano, United States Bankruptcy Judge, at Fort Myers Federal Building and Federal Courthouse, 2110 1st Street, Room 4-117, Courtroom E, Fort Myers, Florida.

Attorney, Jonathan Tolentino, Esquire, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/MEC/sn                                                    C13T 09/25/15